THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH DECKER,

  Plaintiff,

v.          3:17-CV-254
           (JUDGE MARIANI)
WASHINGTON STATE and
9TH CIRCUIT COURT

  Defendants.

## ORDER

**AND NOW, THIS 6TH DAY OF MARCH, 2017**, upon review of Magistrate Judge Schwab's Report & Recommendation, (Doc. 4), for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 4), is **ADOPTED** for the reason stated therein.

2. Plaintiff's request for oral argument is **DENIED**.

3. Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(A)(i).

4. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Although Plaintiff did not file objections to the Report & Recommendation, he did file a handwritten request to be heard by the Court on this matter. (Doc. 5). The Court interprets this as a request for oral argument.